UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | CASE NO. 1:18-po-00055 |
| | : | |
| v. | : | |
| | : | MOTION TO DISMISS |
| DOROTHY OLIVER, | : | |
| Defendant. | : | |

The United States moves to dismiss the above-captioned case.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

*s/ Timothy A. Landry*
TIMOTHY A. LANDRY
Special Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Timothy.Landry@usdoj.gov